**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **PANTAURUS LLC** § | |
| § | |
| **Plaintiff,** § | |
| V. § | **CASE NO. 1:13-CV-00551** |
| § | |
| **SONY ELECTRONICS INC.** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Sony Electronics Inc., hereby notifies the Court that Deron R. Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117 (phone & fax), ddacus@dacusfirm.com has entered this action as additional counsel to be noticed on its behalf. In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone & fax)
E-mail: ddacus@dacusfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 1st day of October, 2013.

      */s/ Deron R. Dacus*
      Deron R. Dacus