# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| PANTAURUS LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONY ELECTRONICS, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-CV-00551<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF JONATHAN K. WALDROP

Defendant Sony Electronics, Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Jonathan K. Waldrop of Kasowitz, Benson, Torres & Friedman LLP, 1349 West Peachtree Street, N.W., Suite 1500, Atlanta, Georgia 30909, (404) 260-6080, jwaldrop@kasowitz.com will be appearing as an attorney of record on its behalf. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: October 14, 2013

Respectfully submitted,

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop, Georgia Bar No. 731103
jwaldrop@kasowitz.com
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Two Midtown Plaza
1349 West Peachtree Street, N.W.
Suite 1500
Atlanta, Georgia 30309
Telephone: 404-260-6080
Facsimile: 404-260-6081

Attorney for Defendant
SONY ELECTRONICS, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 14, 2013.

*/s/ Jonathan K. Waldrop*