

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| PANTAURUS LLC <br><br> *Plaintiff(s)* <br> v. <br> SONY ELECTRONICS, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13-cv-00551 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sony Electronics Inc.
c/o Corporation Service Company
d/b/a CSC - Lawyers Incorporating Service Company
211 E. 7th Street
Suite 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Craig Tadlock
Tadlock Law Firm PLLC
2701 Dallas Parkway, Suite 360
Plano, TX 75093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/6/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-00551

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SONY ELECTRONICS INC.
was received by me on *(date)* 09/11/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Delivered to its' Registered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, by Certified Mail, Return Receipt Requested, at 211 E. 7th Street, Suite 620, Austin, TX 78701, on September 16, 2013. PS Form 3811, signed for by Authorized Agent, C. Saizan, is attached to this proof.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/17/2013

*Dwight D. Mullen* (signature)
*Server's signature*

Dwight D. Mullen-Texas Process Server-SCH912, Exp 07/31/14
*Printed name and title*

5470 LBJ Freeway, Suite 100
Dallas, TX 75240
*Server's address*

Additional information regarding attempted service, etc:

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 28 2013

BY DAVID J. MALAND, CLERK
DEPUTY _____

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>C. Saizan   9-16-13<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

SONY ELECTRONICS INC.
C/O CORPORATION SERVICE COMPANY

211 E. 7TH STREET, SUITE 620
AUSTIN           TX         78701

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article (Transfer: 7011 2000 0000 8088 1192    254-0360

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SPECIAL DELIVERY SERVICE, INC.
5470 LBJ FREEWAY, STE 100
DALLAS, TX 75240
ATTN: LEGAL SERVICES