**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **PANTAURUS LLC,**<br><br>                        Plaintiff,<br><br>v.<br><br>**SONY ELECTRONICS INC.,**<br><br>                        Defendant. | Case No. 1:13-cv-551<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Plaintiff PanTaurus LLC files this Notice of Appearance and hereby notifies the Court that Keith Smiley of Tadlock Law Firm PLLC, 2701 Dallas Parkway, Suite 360, Plano, Texas 75093, is appearing on behalf of Plaintiff PanTaurus LLC, in the above-referenced matter.

DATED:  October 29, 2013                          Respectfully submitted,

                                                                     /s/ *Keith Smiley*
                                                                     Keith Smiley
                                                                     TADLOCK LAW FIRM PLLC
                                                                     2701 Dallas Parkway, Suite 360
                                                                     Plano, Texas 75093
                                                                     Phone: 903-730-6789
                                                                     keith@tadlocklawfirm.com

                                                                     **Counsel for Plaintiff PanTaurus LLC**

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was served upon all counsel of record on October 29, 2013  via the Court's CM/ECF system.

                                                  /s/ *Keith Smiley*
                                                  Keith Smiley